# UNITED STATES DISTRICT COURT
for the

Southern District of Texas
Houston Division

| | |
|---|---|
| Crescent Towing & Salvage Co., Inc. <br> *Plaintiff,* <br> v. <br> Sonargaon Seeds Crushing Mills Ltd., <br> *Defendant,* <br> The Master of the M/V MEGHNA SUN, <br> *Garnishee.* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:26-cv-01795 <br><br> IN ADMIRALTY, Rule 9(h) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sonargaon Seeds Crushing Mills Ltd.,
Fresh Villa, House # 15, Road # 34, Gulshan-1. Gulshan,Dhaka
Bangladesh

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, Maryland 21030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*